■ STEVEN WOLANIN, Appellant, v PATRICK HALLIMAN, JR., et al., Respondents.—Order insofar as appealed from unani-

mously reversed on the law with costs and motion denied, in accordance with the following memorandum: It was an improvident exercise of discretion for Special Term to grant defendants additional discovery and a physical examination of plaintiff *(see, Siragusa v Teal's Express,* 96 AD2d 749). By demanding that plaintiff file a note of issue pursuant to CPLR 3216, defendants waived their right to have plaintiff examined and to obtain additional discovery *(see, Gray v Crouse-Irving Mem. Hosp.,* 107 AD2d 1038). (Appeal from order of Supreme Court, Erie County, Wolfgang, J.—discovery.) Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.